Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

For the District of Oregon

Portland Division

FILED 16 MAY '22 10:46 USDC-ORP

Professor David White research@cctruth.org
*Plaintiff(s)*

-v-

Jim Shipley attorney (jtshipley@qwestoffice.net)
*Defendant(s)*

) Case No.
)    3:22-CV-713-HZ
)
)              )   *(to be filled in by*
) the Clerk's Office)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

| | |
|---|---|
| Name | Professor David White |
| Street Address | 18965 NW Illahe St |
| City and County | Portland, Washington |
| State and Zip Code | OR 97229-2085 |
| Telephone Number | 503-608-7611 |
| E-mail Address | research@cctruth.org |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.    The Defendant(s)**

    Defendant No. 1
        Name                              Jim Shipley
        Job or Title *(if known)*     Attorney
        Street Address            2233 NE 47th Ave
        City and County          Portland, Multnomah
        State and Zip Code       Or, 97213
        Telephone Number      503-493-8383
        E-mail Address *(if known)*  jshipley@qwestoffice.net

**II.    Basis for Jurisdiction**

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

501C3 non-profit rules and regulation

**III.    Statement of Claim**

A.    Where did the events giving rise to your claim(s) occur?
        Oregon

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

B. What date and approximate time did the events giving rise to your claim(s) occur?

> March 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> David White is going through a divorce. His soon to be x-wife's attorney is Jim Shipley. Jim Shipley has accused him of using Climate Change Truth Inc. (cctruth.org) (A 501C3 Idaho registered nonprofit) funds personally. However, Jim himself, in an email told David White to use cctruth.org funds to pay for firewood replacement, one of the items of which his client is in contempt for. This is Exhibit IV. Cctruth.org is a 5013C Idaho registered nonprofit corporation. Jim Shipley's client removed herself from the Corporation in 2017. Exhibit I is a board meeting minutes from 2017. Exhibit II is a board meeting where the board voted not to give the KeyBank records to Jim Shipley. Exhibit III is images of David Whites home front. Jim Shipley has accused David White of using $1200 of cctruth.org funds to "improve" his property. No one in his neighborhood would say this is an improvement at this time.
>
> Because of inflation cctruth.org has only $3000 in the account and receive only $93 in donations in April 2022.If we receive no funding in May 2022 the month to month $1000 contract to keep cctruth.org from being blacklisted will end in June 2022.
>
> The 5013C regulations restrict anyone from using nonprofit funds for personal use. Furthermore, no one owns any asset in the nonprofit corporation. By regulation, upon dissolution of the nonprofit, all assets must be transferred to another 5013C nonprofit. Not to Board members.

## IV. Irreparable Injury

## V. Relief

> We request an injunction be granted to stop Judge Bailey from ordering the KeyBank records to be produced in the divorce case. We also request Jim Shipley be compelled to pay $2,000 to cctruth.org for causing extra attorney expense. An additional $2000 for 30 hours of Professor Whites time to respond shall be paid to Mr. White.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

Date of signing:    5/14/2022

Signature of Plaintiff
Printed Name of Plaintiff  David C. White

**Exhibit I**

Climate Change Truth

Dave White

President
18965 NW Illahe
Portland, Oregon 97229

Board Meeting 9/25/2017

This meeting was called to order by Dave white. Mr White announced the removal of Julie white from the corporation and the installment of two new officers with 33 1/3% each. Their names are:

1. Randy Beers
2. Orlando Castanon
3. Any other needed business.

Each board member including Dave White will have 33 1/3% voting rights and ownership.

*[signature]*

Dave White
9/25/2017

**Exhibit II**

Climate Change Truth Inc.

Special Board Meeting 10/22/2021
Subject Dave's divorce

The question put before use is this: Should we let Dave's wife's attorney get any financial data from our bank account. All the money is from donations to a specific cause. Like $3000 to publish the carbon dioxide equilibrium manuscript. Also federal law prevents funds designated for one project to be put to another until the project is completed. As board members we each own 33 1/3% of assets and debts. Currently there is $20,000 in the account. We have an SBA COVID loan we owe $9,000. We don't have to pay that back unless we get funding for the experiment.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

I put in for $450,000 in NSF funding. I give it 20% possibility. Last year the scientists who reviewed it lied.

The rate of rise for atmospheric carbon dioxide is less than 3 parts per million (red line) (ppm) per year. This graph shows (blue line) we can replace grass in medians and sides of roads with native trees and shrubs. This location has 161k vehicles per day traffic. They will consume a large portion of the carbon dioxide from vehicles. We have two NIST certified carbon dioxide sensors calibrated within 1 ppm.

Present:

    Dave White
    Randy Beers

Vote to prevent Julies attorney from getting cctruth.org financial data was 2 yes and 1 not present.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction



Dave White Board member

# Exhibit III



Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction





Exhibit IV
Vince:

One again your client has seen fit to email me directly. I will delete the email.

I though Judge Bailey's comments regarding support would have been instructive to your client. Nothing within your client's deposition testimony convinced me that your client does not have significant earning capacity. On the contrary, your client's testimony clearly proved that he has the ability and energy to pursue multiple career paths at the same time. It is plain to see that your client is voluntarily choosing not to earn income at this time. Considering your client's view on spousal support, I tend to believe that having my client make a proposal is going to be fruitless. Nevertheless, I will be talking with my client about settlement and I hope to present an offer on Friday.

In regard to replacement wood, your client doubled down on the missing wood and is now claiming that there was 4 cords of wood in the back yard. Your client's non-profit spent $1,200 to landscape his front yard. **It strikes me that he should have had the company buy him some firewood instead.**

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction