IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID WHITE**, | Case No. 3:22-cv-713-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JIM SHIPLEY**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Based on the Court's OPINION AND ORDER (ECF 8) and ORDER (ECF 9),

IT IS ADJUDGED that this case is DISMISSED without prejudice.

DATED this 16th day of June, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge